**WASTE MANAGEMENT OF CAROLINAS, INCORPORATED, Plaintiff—Appellant,**

v.

**NEW HANOVER COUNTY, Defendant—Appellee.**

No. 04–1042.

United States Court of Appeals, Fourth Circuit.

Submitted Oct. 13, 2004.

Decided Oct. 22, 2004.

Charles Dixon Case, Jason Selig Thomas, Hunton & Williams, L.L.P., Raleigh, North Carolina, for Appellant. E. Holt Moore, III, Assistant County Attorney, Wilmington, North Carolina, for Appellee.

Before GREGORY, SHEDD, and DUNCAN, Circuit Judges.

Affirmed by unpublished PER CURIAM opinion.

Unpublished opinions are not binding precedent in this circuit. See Local Rule 36(c).

PER CURIAM.

Waste Management of Carolinas, Inc., appeals the district court's order denying its motion for attorney's fees. We have reviewed the record and find no reversible error. Accordingly, we affirm for the reasons stated by the district court. *See Waste Management of Carolinas, Inc. v. New Hanover County,* No. CA–93–113–7–BR (E.D.N.C. Dec. 8, 2003). We dispense with oral argument because the facts and legal contentions are adequately presented in the materials before the court and argument would not aid the decisional process.

*AFFIRMED*